# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

MATTHEW PETRONE, et al.

                Plaintiffs,

v.                                    Case No. 3:24-cv-00928

Metropolis Technologies Inc.

                Defendant.

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned attorney hereby notifies the Court and counsel that Brittany S. Scott of the law firm Smith Krivoshey, PC, formerly of Bursor & Fisher, P.A., withdraws as counsel for Plaintiffs Matthew Petrone and Gregory Anderson. Plaintiffs will continue to be represented by Caroline C. Donovan and Philip L. Fraietta of Bursor & Fisher, P.A. and other attorneys and firms that have entered appearances in this matter.

Dated: February 13, 2025                       **SMITH KRIVOSHEY, PC**

                                                             */s/ Brittany S. Scott*
                                                             Brittany S. Scott
                                                            166 Geary Street, Ste. 1500-1507
                                                            San Francisco, CA 94108
                                                            Phone: 415-839-7000
                                                            E-Mail: brittany@skclassactions.com