MOTION GRANTED.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW PETRONE and <br> GREGORY ANDERSON, individually and <br> on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLIS TECHNOLOGIES, INC., <br> a Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 3:24-CV-00928 <br> ) <br> ) Judge William L. Campbell, Jr. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendant Metropolis Technologies, Inc. ("Metropolis"), pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6.01(a), moves this court for a one-week extension of time from August 20, 2025 to August 27, 2025, in which to file a response to Plaintiff's First Amended Complaint. Metropolis counsel has conferred with Plaintiffs' counsel, who does not oppose the motion.

Therefore, Metropolis respectfully moves the Court to enter an Order extending the deadline to respond to the Complaint to August 27, 2025.

Respectfully submitted,

*s/ Brigid M. Carpenter*
Brigid M. Carpenter
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Ave., Suite 2000
Nashville, Tennessee 37203
Tel: (615) 726-7341
bcarpenter@bakerdonelson.com

Melissa A. Siebert (Pro Hac Vice)
Corey Hickman (Pro Hac Vice)
Cozen O'Connor
123 N. Wacker Dr.
Suite 1800
Chicago, Illinois 60606
Tel.: (312) 832-3100
msiebert@cozen.com
chickman@cozen.com

*Attorneys for Defendant Metropolis Technologies, Inc.*